# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**476**

**CA 15-01380**

PRESENT: PERADOTTO, J.P., CARNI, LINDLEY, CURRAN, AND TROUTMAN, JJ.

---

RONALD DOUGLAS, CLAIMANT-RESPONDENT,

V                                                                          ORDER

STATE OF NEW YORK, DEFENDANT-APPELLANT.
(CLAIM NO. 116196.)
(APPEAL NO. 1.)

---

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (OWEN DEMUTH OF COUNSEL), FOR DEFENDANT-APPELLANT.

HOGAN WILLIG, PLLC, AMHERST (GEFFREY GISMONDI OF COUNSEL), FOR CLAIMANT-RESPONDENT.

-------------------------------------------------------------------------------------------------------

Appeal from a judgment of the Court of Claims (Michael E. Hudson, J.), entered November 6, 2014. The interlocutory judgment apportioned liability and ordered a trial on the issue of damages.

It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at the Court of Claims.

Entered:  June 10, 2016                                    Frances E. Cafarell
                                                           Clerk of the Court